Vacated
and Remanded and Memorandum Opinion filed June 24, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-01049-CV

____________

 

STEPHANIE WHITAKER, Appellant

 

V.

 

KYLE GILL, Appellee

 



On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 2004-17988



 

MEMORANDUM
OPINION

This is an appeal from a
judgment signed September 11, 2009.

On June 10, 2010, appellant filed an agreed motion to set
aside or vacate the judgment and remand the cause to the trial court for
rendition of judgment in accordance with the parties’ settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly, we vacate the judgment signed September 11, 2009,
and we remand the cause to the trial court for rendition of judgment in
accordance with the parties’ agreement.

PER CURIAM

Panel consists of Justices
Anderson, Frost, and Seymore.